UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Karen Bailey Lesser, | ) | C/A No. 5:14-2818-JFA-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On July 14, 2014, Plaintiff, proceeding pro se, filed this action appealing the denial of social security benefits. This case is before the court because of Plaintiff's failure to comply with the undersigned's Order of July 16, 2014. ECF No. 8. Because the case was not in proper form when filed, an initial order was issued to inform Plaintiff of the items she needed to produce or complete and submit to the court to bring the case into proper form. *Id.* Plaintiff was ordered to submit responses to several interrogatories and to submit completed summonses and Forms USM-285 within 21 days of the issuance of the July 16, 2014 Order. *Id.* (enclosing court's special interrogatories to Plaintiff and forms to be completed). Plaintiff's time for compliance with the Order ran on August 11, 2014; however, Plaintiff has not provided any response to that Order.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file completed responses and forms as ordered in the July 16, 2014 Order, ECF No. 9, **no later than September 8, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed *without prejudice* for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff

fails to comply with "any order of the court."); *see also Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte*).

    IT IS SO ORDERED.

August 25, 2014                                              Kaymani D. West
Florence, South Carolina                        United States Magistrate Judge