IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Karen Bailey Lesser, ) | C/A No.: 5:14-2818-JFA-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The *pro se* plaintiff, Karen Bailey Lesser, brings this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act, as amended, to obtain judicial review of the final decision by the Commissioner of Social Security denying plaintiff's claim for social security benefits.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she suggests that the complaint should be dismissed because the plaintiff has failed to prosecute this action. Specifically, the plaintiff has failed to bring this case into proper form after the Magistrate Judge issued two orders directing the plaintiff to submit service items and answers to special interrogatories. Plaintiff was also advised that

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

her case could be dismissed for failure to prosecute. However, the plaintiff did not respond.

The plaintiff was also advised of her right to submit objections to the Report and Recommendation which was docketed on September 15, 2014. She did not file any objections to the Report and the time within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the Magistrate Judge's Report, this court finds the Report is proper and it is incorporated herein by reference. Accordingly, this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

October 3, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge